236 So.2d 494

**William B. HARPER, d/b/a Catalina Pools**

v.

**METAIRIE COUNTRY CLUB.**

No. 50625.

June 26, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

236 So.2d 495

**John MILLER et al.**

v.

**Lionel J. THOMAS et al.**

No. 50642.

June 26, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.